IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10674
Conference Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FRANCISCO JAVIER MADRIZ-DIAZ, also known as Francisco José
Madriz-Diaz, also known as Rolando,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:97-CR-258-1-T
- - - - - - - - - -

April 19, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Francisco Javier Madriz-Diaz,
also known as Francisco José Madriz-Diaz, also known as Rolando,
has filed a motion and brief as required by <u>Anders v. California</u>,
386 U.S. 738 (1967).  Madriz-Diaz has not filed a response to
counsel's motion.  Our independent review of counsel's brief and
the record discloses no nonfrivolous issue.  Accordingly, the
motion for leave to withdraw is GRANTED, counsel is excused from

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

further responsibilities herein, and the APPEAL IS DISMISSED.

See 5TH CIR. R. 42.2.